HILL et al. v. EAGLE GLASS MFG. CO. (Circuit Court of Appeals, Fourth Circuit. February 22, 1915.) No. 1289. Appeal from the District Court of the United States for the District of West Virginia, at Philippi. John A. Howard, of Wheeling, W. Va., for appellants. John C. Palmer, Jr., and George R. E. Gilchrist, both of Wheeling, W. Va., for appellee. Before KNAPP and WOODS, Circuit Judges, and WADDILL, District Judge.

PER CURIAM. Decree of District Court reversed. 219 Fed. 719, 135 C. C. A. 417. Writ of error to the Supreme Court allowed.

---

JOHNSON v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 5, 1915.) No. 4246. In Error to the District Court of the United States for the Eastern District of Oklahoma. James C. Denton, of Muskogee, Okl., for plaintiff in error. D. H. Linebaugh, U. S. Atty., of Atoka, Okl., C. C. Herndon, Asst. U. S. Atty., of Tulson, Okl., and W. P. McGinnis, Asst. U. S. Atty., of Muskogee, Okl., for the United States. Before HOOK and CARLAND, Circuit Judges, and AMIDON, District Judge.

PER CURIAM. Reversed, without costs to either party in this court, upon the confession of error and consent of defendant in error, and cause remanded, with directions to sustain demurrer to indictment.

---

JONES v. J. C. ROBB & CO. (Circuit Court of Appeals, Eighth Circuit. January 15, 1915.) No. 148. Petition to Revise Order of the District Court of the United States for the District of Kansas. E. E. Martin, of Kansas City, Kan., for petitioner. Kenneth W. Tapp, of Kansas City, Mo., for respondent. Before HOOK and CARLAND, Circuit Judges, and AMIDON, District Judge.

PER CURIAM. Petition to revise denied, and petition dismissed, with costs, for want of jurisdiction, on motion of counsel for respondent.

---

MEDLIN MILLING CO. v. MOFFATT et al. (Circuit Court of Appeals, Eighth Circuit. March 22, 1915.) No. 4395. Appeal from the District Court of the United States for the Western District of Missouri. W. C. Scarritt and E. H. Jones, both of Kansas City, Mo., for appellant. R. E. Ball, I. P. Ryland, and E. R. Morrison, all of Kansas City, Mo., for appellees. Before SANBORN and ADAMS, Circuit Judges.

PER CURIAM. Appeal dismissed, without costs to either party in this court, pursuant to stipulation of parties.

---

MITCHELL et al. v. HITCHMAN COAL & COKE CO. (Circuit Court of Appeals, Fourth Circuit. August 15, 1914.) No. 1220. Appeal from the District Court of the United States for the District of West Virginia, at Philippi. Charles E. Hogg, of Point Pleasant, W. Va., for appellants. Geo. R. E. Gilchrist, of Wheeling, W. Va., for appellee. Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

PER CURIAM. Decree of District Court reversed. 214 Fed. 685, 131 C. C. A. 425. Appeal to the Supreme Court allowed.

---

MOFFATT COMMISSION CO. v. MEDLIN MILLING CO. (Circuit Court of Appeals, Eighth Circuit. March 22, 1915.) No. 4394. Appeal from the District Court of the United States for the Western District of Missouri. R. E. Ball and I. P. Ryland, both of Kansas City, Mo., for appellant. W. C. Scarritt and E. H. Jones, both of Kansas City, Mo., for appellee. Before SANBORN and ADAMS, Circuit Judges.

PER CURIAM. Reversed, without costs to either party in this court, and cause remanded, with direction to dismiss bill of complaint with prejudice, without costs to either party; all unpaid costs to be paid by appellant, per stipulation of parties.